NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE IPCOM GMBH & CO., KG, *Petitioner.*

---

Miscellaneous Docket No. 972

---

On Petition for Writ of Mandamus to the United States District Court for the District of Columbia in case no. 08-CV-1897, Judge Rosemary M. Collyer.

---

## ORDER

The respondents move for a 7-day extension of time, until January 5, 2011, to file their response to the mandamus petition.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The response is due no later than 5 p.m. on January 5, 2011.

FOR THE COURT

**DEC 2 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mitchell G. Stockwell, Esq.
    Michael A. Oblon, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2010

JAN HORBALY
CLERK